EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03- CR03 00502 |
| --- | --- | --- |
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. 841(a)(1)] |
| VS. | ) | |
| MICHAEL TRENT BARNES, | ) | |
| Defendant. | ) | |

### INDICTMENT

Count 1:

The Grand Jury charges that:

On or about October 4, 2003, in the District of Hawaii, defendant MICHAEL TRENT BARNES knowingly and intentionally manufactured marijuana, to wit: the cultivation of one thousand (1000) or more marijuana plants, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Count 2:

The Grand Jury further charges that:

On or about October 4, 2003, in the District of Hawaii, defendant MICHAEL TRENT BARNES knowingly and intentionally possessed a quantity of marijuana with intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: Honolulu, Hawaii, October 15, 2003.

A TRUE BILL.

/s/
_____
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

USA v. Michael Trent Barnes
Cr. No. _____ ;
"Indictment"

2