GEORGIA K. MCMILLEN, #6422
P.O. Box 1512
Wailuku Maui, Hawai'i 96793
Telephone: (808) 242-4343
Facsimile: (808) 242-4343
Email: gmcmillen@earthlink.net

Attorney for Defendant Michael Trent Barnes

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR 03-00502  SOM |
| ) | |
| Vs ) | Defendant's Motion to Unseal; |
| ) | Declaration of Counsel; |
| MICHAEL TRENT BARNES, ) | Certificate of Service. |
| ) | |
| Defendant. ) | |

## MOTION TO UNSEAL

Comes now Defendant MICHAEL TRENT BARNES (Mr. Barnes), by and through his appointed legal counsel, GEORGIA K. MCMILLEN, and hereby moves this Honorable Court for an order to unseal that sealed portion of the hearing on May 18, 2004, so that the court reporter can prepare a transcript of the

1

same for the purposes for pursuing Mr. Barnes' direct appeal before the Ninth Circuit in the matter <u>U.S.A. v. Barnes</u>, Court of Appeals Docket #: 05-10577.

This motion is based upon Rule 47 of the Federal Rules of Criminal Procedure, and the attached Declaration of Counsel.

Dated:   August 21, 2006

                                          Respectfully submitted,

                                            /s/ Georgia K. McMillen
                                          Georgia K. McMillen #6244

                                          Law Office of Georgia K. McMillen
                                          P.O. Box 1512
                                          Wailuku Maui, Hawai'i 96793
                                          Telephone/Fax:   (808) 242-4343
                                          Attorney for Defendant-Appellant