# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following at their last known address:

Served electronically through CM/ECF:

                                          beverly.sameshima@usdoj.gov

        Beverly Wee Sameshima, Asst. U.S. Attorney
        United States Attorney's Office
        PJKK Federal Building
        300 Ala Moana Boulevard, Room 6100
        Honolulu, HI 96813
            Attorney for Plaintiff-Appellee
            UNITED STATES OF AMERICA

DATED:    Wailuku Maui, Hawai'i
                August 21, 2006

                                            _____
                                            Georgia K. McMillen
                                            Attorney for Defendant