# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following at their last known address:

Served electronically through CM/ECF:

                                              beverly.sameshima@usdoj.gov

                Beverly Wee Sameshima, Asst. U.S. Attorney
                United States Attorney's Office
                PJKK Federal Building
                300 Ala Moana Boulevard, Room 6100
                Honolulu, HI 96813
                      Attorney for Plaintiff-Appellee
                      UNITED STATES OF AMERICA

DATED:    Wailuku Maui, Hawai'i
                 August 21, 2006

                                        __/s/ Georgia K. McMillen_____
                                        Georgia K. McMillen
                                        Attorney for Defendant