## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following at their last known address:

Served electronically through CM/ECF:

          beverly.sameshima@usdoj.gov

    Beverly Wee Sameshima, Asst. U.S. Attorney
    United States Attorney's Office
    PJKK Federal Building
    300 Ala Moana Blvd., Room 6100
    Honolulu, HI 96813
        Attorney for Plaintiff-Appellee
        UNITED STATES OF AMERICA

Served electronically through email:

          pamelatower@earthlink.net

    Pamela O'Leary Tower, Esq.
    1330 Pacific Tower; 1001 Bishop Street
    Honolulu, HI  96813
        Attorney for Roger Christie, Witness

DATED:    Wailuku Maui, Hawai'i
              August 25, 2006

                          __/s/ Georgia K. McMillen_____
                          Georgia K. McMillen
                          Attorney for Defendant