# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. CA No. __05-10577__    U.S. District Court Case No. __1:03-cr-00502-SOM__

Short Case Title __United States of America v. Michael Barnes__

Date Notice of Appeal Filed by Clerk of District Court    __July 15, 2005__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 7 2006

at __1o'clock and __35__ min. __P__ M
SUE BEITIA, CLERK

**SECTION A - To be completed by party ordering transcript**

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 10/21/2003 | Ct Rptr: Courtroom 6-Tape 1474 by Judge Leslie E. Kobayashi | A & P as to the Indictment |
| 01/20/2004 | Ct Rptr: Debra Chun by Judge Susan O. Mollway | MINUTES: Motion to Dismiss Indictment |
| 03/19/2004 | Ct Rptr: C6F CD 3 9:54-10:29 by Judge Barry M. Kurren | MINUTES: A & P as to the First Superseding Indictment |
| 05/14/2004 | Ct Rptr: Debra Chun by Judge Susan Oki Mollway | Various Motions in Limine-Defendant's presence Waived |
| 05/18/2004 | Ct Rptr: Debra Chun by Judge Susan Oki Mollway | Continued Hearing Re: Government's Motion in Limine to Exclude Evidence |
| 05/18/2004 | Ct Rptr: Debra Chun) by Judge Susan Oki Mollway | Telephone conference held in chambers |
| 05/19/2004 | Ct Rptr: Debra Chun by Judge Susan Oki Mollway | Status Conference |
| 05/20/2004 | Ct Rptr: Debra Chun by Judge Susan Oki Mollway | Further Jury Trial - 2nd Day |
| 12/06/2004 | Ct Rptr: Debra Chun by Judge Susan Oki Mollway | MINUTES: Sentencing |

(Attach additional page for designations if necessary) See Attached Page

(   )    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(   )    As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( X )    As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __06/30/2006__    Estimated date for completion of transcript __9/13/06 (due date set by Ninth Cir., see order filed 6/22/06 )__

Print Name of Attorney __Georgia K. McMillen__    Phone Number (808) 242-4343

Signature of Attorney _____

Address __Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793__

**SECTION B - To be completed by court reporter**

I, _____ (Signature of court reporter) _____ have received this designation.

(X) Arrangements for payment were made on __7-10-2006__

(  ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__570__ Approximate Number of Pages in Transcript - Due Date __8-9-2006__    TSO = 9/13/06

**SECTION C - To be completed by court reporter**

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __8-8-2006__    Court Reporter's Signature _____

**SECTION D - To be completed by the Clerk**

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia __8.16.06__    BY: _____
(U.S. District Court Clerk)    (Date)    DEPUTY CLERK

**Section A Continued**

| Date | Court Reporter | Proceedings |
|---|---|---|
| 05/23/2005 | Ct Rptr: Cynthia Fazio by Judge Mollway | EP: MINUTES: Sentencing, |
| 05/25/2005 | Ct Rptr: ESR/AG 2:20-2:50 by Judge Susan Oki Mollway | MINUTES: Continued Sentencing to Counts 1 and 3, |
| 06/30/2005 | Ct Rptr: Cynthia Fazio by Judge Susan Oki Mollway | EP: Continued Sentencing to Counts 1 and 3, |
| 07/05/2005 | Rptr: Cynthia Fazio by Judge Susan Oki Mollway | MINUTES: Continued Sentencing, |