

# Georgia K. McMillen
## Attorney at Law

P.O. Box 1512
Wailuku Maui, Hawai'i 96793

Tel. / Fax: (808) 242-4343
E-Mail: gmcmillen@lawyerhawaii.com

RECEIVED
CLERK U.S. DISTRICT COURT

AUG 29 2006

DISTRICT OF HAWAII

August 25, 2006

Clerk of the Court
U.S. District Court for the District of Hawai'i
300 Ala Moana Blvd.
Honolulu, HI 96850

    Re: U.S.A. v. Michael L. Barnes, CR No. 03-00502-SOM
    Court of Appeals No. 05-10577

Dear Clerk of the Court:

Enclosed please two courtesy copies of Defendant's Memorandum in Support of Motion to Unseal, and Certificate of Service, both of which I submitted for electronic filing today.

These courtesy copies should be sent to Judge Mollway.

Respectfully,

Georgia K. McMillen
Enclosures