

# Georgia K. McMillen
## Attorney at Law

P.O. Box 1512
Wailuku Maui, Hawai'i   96793

Tel. / Fax: (808) 242-4343
E-Mail: gmcmillen@lawyerhawaii.com



August 21, 2006

Clerk of the Court
U.S. District Court for the District of Hawai'i
300 Ala Moana Blvd.
Honolulu, HI 96850

    Re: U.S.A. v. Michael L. Barnes, CR No. 03-00502-SOM
    Court of Appeals No. 05-10577

Dear Clerk of the Court:

Enclosed please two courtesy copies of defendant's motion to unseal, which motion I submitted for electronic filing today.

These courtesy copies should be sent to Judge Mollway.

Respectfully,

Georgia K. McMillen
Enclosures