IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00502 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER UNSEALING TRANSCRIPT OF |
| vs. | ) | SEALED HEARING HELD ON MAY |
| | ) | 18, 2004 |
| MICHAEL TRENT BARNES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>ORDER UNSEALING TRANSCRIPT OF SEALED HEARING HELD ON MAY 18, 2004</u>

    Defendant Michael Trent Barnes has filed a motion to unseal the transcript of proceedings for a sealed hearing held on May 18, 2004, with witness Roger Christie.  The attorney for Roger Christie, Pamela O'Leary Tower, has indicated to the court that she has reviewed the sealed transcript and consulted with Mr. Christie.  Because Mr. Christie does not object to the unsealing of the transcript, the motion is granted.  The sealed transcript for the May 18, 2004, sealed hearing with Mr. Christie shall be unsealed.  The Clerk of Court is directed to send a copy of this order to Pamela O'Leary Tower, American Savings Bank Twr., 1001 Bishop Street, Ste. 1330, Honolulu, Hawaii 96813.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, August 31, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge