**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850

CHAMBERS OF
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FAX (808) 541-1724
susan_mollway@hid.uscourts.gov

## TRANSMITTAL MEMORANDUM

DATE: August 30, 2006

TO:
Ms. Pamela O'Leary Tower
Suite 1330, ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813

FROM:
Joni Gross, secretary to
The Honorable Susan Oki Mollway
United States District Court
 for the District of Hawaii
300 Ala Moana Boulevard, #C-409
Honolulu, HI 96850

RE:    USA v. Michael Trent Barnes; Cr. 03-00502-1

We are sending you the following:

| Original | Copies | Dated | Description |
|---|---|---|---|
| | 1 | | CJA 20 Appointment of and Authority to Pay Court Appointed Counsel |
| | 1 set | | Worksheets: CJA 28, CJA 26 and Worksheets for CJA 20 |
| | 1 | | CJA 24 Authorization and Voucher for Payment of Transcript |

( ) For your information          ( ) For signature and return
( ) For your files                ( ) For signature, forwarding as noted below
( ) Per your request                  and return
( ) Per our conversation          ( ) For review and comment
( ) For necessary action          ( ) For distribution

REMARKS:

**If you have any questions regarding the enclosed forms, please call <u>Verna Chikamori</u> (541-3048) in the Finance Department.**