CR 07-00502 SOM

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2007

at 8 o'clock and 40 min. A M
SUE BEITIA, CLERK

COVER SHEET

FOR ALL COMMUNIQUES ELSEWHERE
"WITHOUT PREJUDICE"

From: Michael-Trent; Barnes, Sui Juris, In Proper Persona, Secured Party, Creditor and Attorney of Fact for the Ens Legis "MICHAEL TRENT BARNES®".

To: SUE BEITIA, Court CLERK
    U.S.D.C. for the District of Hawaii
    300 Ala Moana Blvd.
    Honolulu, Hawaii, united States of America

RE: Praecipe & Notice of Challenge of the alleged "In Personam Jurisdiction" in case/account # 03-00502-SOM, et al. by Direct Motion.

Praecipe, instructions: file the "Independent Motion Challenging In Personam Jurisdiction" of case/account # 03-00502-SOM, et al. In the intrest of justice, this is a Constitutionally required hearing. Only an Article III judge sitting in their Article III capacity, shall sit to hear this Direct Challenge of the In Personam Jurisdiction, assumed by the court. It is a fact that jurisdiction can be challenged at any point, because absent "Proof" of jurisdiction, all actions of the court are Null and Void, ab initio.

I, Michael-Trent: Barnes, a Common Law California Citizen, give notice that, my Direct motion challenging the courts alleged "In Personam Jurisdiction (document/Motion) is the basis for further action, or appeal, should the judge fail to seat on the law side of this matter and bring forth justice.

Certificate of Appeal ability 28 § 2253 is submitted, included and timely and shall be filed within the Ninth Circuit Court of Appeals, located at: 95 Seventh Street, San Fransico, California, united States of America, along with the court's order, should the judge fail to dismiss for lack of "In personam jurisdiction" in the above case/account. The Appeal is submitted and included to you as timely, because the 9th Circuit does not allow for time.

Notice: The assistant U.S. Attorney "BEVERLY WEE SAMESHIMA" is required to submitt "Certified Proof of Claim" to prove her claim of "In Personam Jurisdiction", remind her of her obligation to provide me with a copy of any alledged evidence she intends to produce. Also if there is any problem you shall Notice me by fastest service.

Respectfully Submitted, "Without Prejudice"

/s/ Michael-Trent: Barnes
        by, Michael-Trent: Barnes, Sui Juris, In Proper Persona, Secured Party/Creditor of and Attorney of Fact for the ENS LEGIS,"MICHAEL TRENT BARNES®", with explict reservation of all of my unalienable Rights, Citizen of the Republic of California.