COVER SHEET
FOR ALL COMMUNIQUES ELSEWHERE
"WITHOUT PREJUDICE"

FROM: Michael-Trent: Barnes, Sui Juris, California Citizen, In Proper Persona, Injured party, Defendant in Fact, non-licensed attorney litigant, without representation, Secured Party/Creditor and Attorney of Fact for the Ens Legis, "MICHAEL TRENT BARNES®" juristic person.

TO: SUE BEITIA, CLERK U.S.D.C. for Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii, united States of America

RE: Notice & Praecipe (Instructions) of a Direct Challenge, by the Defendant in fact, Califonia Citizen, "Michael-Trent: Barnes" to the alleged "In Personam Jurisdiction", which was fraudulently assumed by the Assistant U.S. Attorney, and claimed by the alleged judge, without any verifiable justification or "Proof of Claim" in case/account # 03-00502-SOM et al.

You are herein "Noticed" that I, Michael-Trent: Barnes, Sui Juris, California Citizen, Defendant in fact, without Counsel, having never had representation or Counsel, and being held under false, fictious names and status, Notice is given that I have sent a copy of these filings to the Solicitor General, alleging Fraud, and possible collusion, injury and Dolus malus. As you have been previously "Noticed" no valid contracts or agreements exist between myself the sovereign California Citizen and your corporation or foreign government, e.g. the government for the District of Columbia, (See attached certified true and complete copy of your received "Notice"). Notice to agent is Notice to Principal and Notice to Pricipal is Notice to agent. Unless your are also in collusion with the alleged fraud you shall follow the Praecipe (instructions) given.

**Praecipe:** 1.) Stamp received on both sets of this **Notice & Praecipe** and place the second copy in the self addressed stamped envelope; 2.) Stamp received on both the copies of the "NOTICE to BEVERLY WEE SAMESHIMA" D.B.A.'s Assistant U.S. Attorney, and place the second copy in the mail; 3.) File all the Independant Motions, and Judicial Notices, by the Defendant in fact, California Citizen, "Michael-Trent: Barnes"; 4.) Assign an Article III Judge to read and seat upon the Motions, Challenging "In Personam Jurisdiction"; 5.) If collusion occur's and judgement is made in favor of the Plaintiff "UNITED STATES OF AMERICA", the you shall take the appropriate action to see that this matter be moved to the Appeals Court for the Ninth Circuit, located in San Fransico, California, with the

complete record, and orders of the court, as that the Certificate of Appeal ability (28 § 2253) is Directly attached and is docketed as timely due to denial of Constitutional Rights and fraud.

"Notice" that Defendant/Citizen, Michael-Trent: Barnes is currently a pauper (sic) under force, threat, deceit, coercion, extortion, Dolus malus, and Dolus dans locum contractui, so therefore request that the court waive Appeal Filling fees, or any other fees, in the intrest of Justice.

Notice: RE: Surety Bond(s); I need sent to me a certified copy of the valid surety bonds of the alleged Article III judge assigned, and of the alleged U.S. Attorney BEVERLY WEE SAMESHIMA, which shall be on file for public scrutiny, please include them in previously requested mailing, for without the "surety bond(s)", no duties of office could be preformed, and any assumption of duties are unlawful, in valid and fraudulent, without force or effect whatsoever.

Respectfully requested,
All Rights Reserved

*Michael-Trent: Barnes*,
Michael-Trent: Barnes, California Citizen, sui juris, In Proper Persona, Defendant in fact.