CERTIFIED MAIL #70022410000423800045, MEMORANDUM OF RECORD

FOR ALL COMUNIQUES ELSEWHERE
FROM: Michael-Trent: Barnes,
Secured Party / Creditor of the
Ens legis MICHAEL TRENT BARNES®
California State Citizen

TO: BEVERLY WEE SAMESHIMA, D.B.A.
Assistant U.S. Attorney
300 Ala Moana Blvd.
Honolulu, Hawaii, uSA

NOTICE

RE: Conditional Acceptance - Request for Proof of Claim, of your "In Personam Jurisdiction" - via. Contract establishing 14th Amendment U.S. cititzenship, e.g. District of Columbia.

In regards to all of your actions in Case/Account # 03-00502-SOM, et al. I wish to resolve a dispute between us, so this Notice is in an effort to exhaust, by due diligence, my administrative remedy. As you know I have found you "Claim" to have "In Personam Jurisdiction" to be predicated upon false or fictious assumptions, upon your part. So I, therefore, Command/Request you produce your verifiable "Proof of Claim" given under penalty of perjury. This necessary "Proof of Claim" is exculpatory and sought on behalf of justice. This information shall justly ascertain any liability, associated with the injury/damage for Tort Claims.

1.] Proof of Claim that I am a 14th Amendment citizen of the United States, and that I have knowingly and willfully rescinded my de jure Republic of California Cititizenship, granted by Right of blood and birth to establish a District of Columbia citizenship of priviledge, or;

2.] Proof of Claim that I was born in the District of Columbia, or its territories, Article I, Section 8, Clause 17, or that I am an immigrant seeking U.S. citizenship, or a descendant of one of the freed (sic) slaves, via the 13th Amendment, or;

3.] Proof of Claim that there exists an alleged contract/agreement which you have a certified copy of in which you relied upon to alleged that I knowingly and willfully joined your social compact, for so alleged benefit or protection, in which I would of traded my de jure Citizenship derived by blood and birth, for that of the privlege of a 14th Amendment U.S. citizenship, which I had no need of, specifically I would love to see the disclosure portion thereof, or;

4.] Proof of Claim that the undersigned is a "refugee" under international law and is captured property of your State, or;

5.] Proof of Claim that the undersigned is "liable" quasi-ex-contractu for any benefits forced and compelled upon him, or;

6.] Proof of Claim that you provided "Full Disclosure" of all material facts relitive to the above mentioned Case/Account and the alleged nexus of contract, as well as any or all documentation where the agents are defined and empowered within the Constitution/contract upon the undersigned, or:

Page 1 of 2

6.] Proof of Claim that the people <u>have not succeeded</u> to the rights of the King, the former sovereign of this State, and are not therefore, bound by general words in a statute with out being expressly named.

Please understand that your actions have caused Injury/Damage, to the undersigned, which was/is directly related to your assumption, without valid proof, of me being one of your 14th Amendment citizens where therefore, you told the court that it had "In Personam Jurisdiction" over myself the private California Citizen. I now Command/request you bring forth your alleged "Proofs of Claim" by direct Challenge of your claimed "In Personam Jurisdiction" and of the fictious documents you may have relied upon to make such an erroneous fundamental error, in this matter.

Per your due diligence or acceptance of responsibility to now bring forth that "Proof of Claim", or lack thereof, you will be found in formal acceptance and shall of admitted, injury/damage to the undersigned private man and shall have stipulated to the facts that the undersigned private man was/is not subject to your falsely assumeded "Claim of In Personam Jurisdiction" in this matter, and all subsequent actions were/are VOID nun pro tunc, ab initio.

Be it known that I have by Direct Motion Challenged the courts alleged "In Personam Jurisdiction" [find enclosed copy of motion filed in district court] that you assumed, without hearing or placement upon the record, if the alleged judge is working in collusion with you, and dismisses without hearing like my previously filed "Writ of Common Law Habeas Corpus" by changing the cover and then dismissing. A Notice of Appeal ability is also filed in the Ninth Circuit and one with the Solicitor General. This is a request for certified copies of those documents that you intend to support your "Proof of Claim" that allowed you to bring forth your misapplication of your corporate statute(s) codes.

Due to the time sensitive nature of this private matter, under necessity, you shall respond with "Proof of Claim" within Ten (10) days, plus Three (3) days grace granted for return of service by your certified return mail, to the undersigned, postal service address, while I am being held unlawfully to involuntary service. Should you fail or refuse by non-response to provide "Proof of Claim" within the time specified in this private matter, general acquiescence will be taken on your part as formally exercised (performed) pursuant to your silence.
This agreement shall have the affect of an instrument under seal.

Sincerly, Without Prejudice,
Authorized Representative, Attorney-In--Fact

*Michael-Trent: Barnes*,
Michael-Trent: Barnes,-Secured party/Creditor
for MICHAEL TRENT BARNES®, ENS LEGIS.

Postal Service Address: P.O. Box 6000
                        Sheridan Prison Camp
                        Sheridan, Oregon, uSA