October 26th
2006 C.E.

Michael-Trent: Barnes
c/o postal service address:
post office box 220
Kurtistown, Hawaii, CF96760CF

03cr502-SOM

Court Clerk; Susan Mollway
Leslie E. Kobayashi; Barry M. Kurren
Edward H. Kubo Jr.; Beverly Wee Sameshima
Officers of the united States of America
(de jure) + (de facto federal corporation of 1871)

RE: Notice & Praecipe, rescinding all signature(s), repudiating all Consent
contract(s), terminating any and all attachment(s) of Identity to or as
a fictious political "person", e.g. an ALL-CAPITAL-LETTER "name" creation
of Law, nunc pro tunc, Ab initio.

KNOW THE PEOPLE BY THESE PRESENTS:

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 30 2006
DISTRICT OF HAWAII

Greetings: To All Lawful Public Servants:

    You will please take notice that I recently discovered that there
are certain political and religious liabilities which attach to being Id-
entified, even fictionally as, known as, or associated as an ALL-CAPITAL-
LETTER, creation of Law, e.g. "person, citizen, resident, etc..." of the
federal corporation, which was established in 1871 C.E. by an Act of the
De Jure Republic's Congress to provide a "government for the District of
Columbia". If at the time the political and religious liabilities had been
fully disclosed to me, when I was induced into the Consent contract(s),
I would have been dissuaded from Consenting to the same. For these reasons
and on that basis, I hereby expressly repudiate, terminate all said Consent
contract(s) and do hereby rescind my signature(s), nunc prootunc, Ab initio,
and Declare void any and all forms, cards, documents, and or Instruments
which may evidence anything to the contrary. My sovereign Consent is hereby
expressly withdrawn and reserved until further notice.
    You will also forthwith please notify any and all interested parties
of this change by, notice & Praecipe, as well as instruct/direct/order
that all forms, cards, documents, and or Instruments bearing my signature,
wherever located, in connection to, or with, the creation of Law, fictious
ALL-CAPITAL-LETTER name, "person, citizen, resident, etc..." of the federal

*[left margin, handwritten:] 1) Michael-Trent Barnes, certifies this a true and complete copy of the original*

016 Matt. 6:24

corporation, or one of its sub-corporations, be amended to well and truly reflect this change.

You will further take notice that I, Michael-Trent, refute and rebut all assumptions/presumptions that I am not the living soul, private-sovereign Elector, but some created by Law, ALL-CAPITAL-LETTER entity. I, Michael-Trent, member of the Barnes family declare that I have no wish to be called, Identified, named, or degraded by use of a purely fictional creation of Law, ALL-CAPITAL-LETTER name of a political entity, a juristic person. No further use of attachments of photoghraphs, fingerprints, DNA, etc..., my private property, shall be used to further this constructive fraud, cease-and-desist, use of physical force, assumptions, presumptions, color of Law, legal fictions, or attachments disclosed or not. I further Declare, I am not a surety for any alledged debt of a fictional entity. I Declare I am not an accommodation party for any alledged debt, and no certified accounting has ever been presented to me that has made such a claim.

No answer to this instruction is required, but acknowledgement of your compliance would be appreciated, I will Thank you in advance.

In the event you are unable or unwilling to comply with this instruction I shall alternatively require of you evidence of your Oath of Fidelity as well as the policy number and name and address of the underwriter of your Bond.

All Rights reserved

Respectfully,

*Michael-Trent: Barnes*

Michael-Trent: Barnes,
American National

cc: file

SO16 Matt. 6:24                                              Page 2