UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff in error,<br><br>v.<br><br>MICHAEL L. BARNES,<br>Defendant in Error,<br>Michael-Trent: Barnes,<br>Defendant in Fact, | Case No. 03-00502-SOM<br><br>JUDICIAL NOTICE |

## JUDICIAL NOTICE

**COMES NOW:** Michael-Trent: Barnes, California Citizen, sui juris, non-licensed attorney litigant, the undersigned, and now gives Notice to the court;

NOTICED the court is now a Judicial, and not an administrative, proceeding, and FURTHER NOTICED said Defendant in Fact is a Citizen, one who retains full Constitutional Rights and enjoys the benefits thereof, and; FURTHER NOTICED, FAIR WARNING, NOT AS A THREAT, NOTICE pursuant to (United States v. Lanier on certiorari No. 95-1717, is hereby given each member of the prosecuting party.

Respectfully submitted,
All Rights Reserved
*Michael-Trent: Barnes*,
Michael-Trent: Barnes,
California Citizen, sui juris, in proper persona.