UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff in error,<br><br>v.<br><br>MICHAEL L. BARNES,<br>Defendant in error,<br>Michael-Trent: Barnes,<br>Defendant in fact, | Case No. 03-00502-SOM |

MOTION TO COMMAND THIS COURT READ ALL PLEADINGS CITIZEN,
DEFENDANT FILES WITH THIS COURT AND ADHERE ONLY TO
CONSTITUTIONALLY COMPLIANT LAW AND CASE LAW, AND MORE
PARTICULARLY, THE BILL OF RIGHTS, IN ITS RULINGS

**COMES NOW** Defendant, Citizen Michael-Trent: Barnes, and moves this Honorable Court, pursuant to your Article VI oath of Fidelity, sworn by the presiding judge and attending public officers, and their duty(ies) to the National Constitution, in any and all proceedings before this Honorable Court in this matter:

1.) Shall read, consider, comprehend and rule on the law side, upon all motions the Defendant, Citizen files with this Court, with Court rulings based only in and supported by laws, and case law in agreement with, and not in opposition or cotradiction to, the National Constitution, specifically, the Bill of Rights;

2.) To honor, uphold and abide by the oaths taken by the presiding judge and attending court officers, pursuant to the Constitution for the united States of America, Article VI, Clause 2 and 3, and Constitutional requirements thereof;

3.) Pursuant to those oaths, to base and support all rullings in law or case law which is Constitutionally compliant and which will <u>not</u>:
(A) deny the powers of and Rights guaranteed in the National Constitution;
(B) deny Constitutional Rights to American Citizens, in the instant case, "Michael-Trent: Barnes"; (C) violate federal and/or state Constitutionally compliant laws; (D) shield, exonerate or hold Plaintiffs or its agents harmless and immune from violating "Michael-Trent: Barnes", Constitutional Rights and Rights of due process of law, wrongdoing(s), crimes, criminal activity(ies), fraud, Dolus malus, Dolus dans locum contractui, collusion and conspiracy.

4.)     To acknowledge American Citizens, in the instant case, "Michael-Trent: Barnes" a Califonian, are the Sovereign(s) in this Nation, and that the government, this and other Courts serve the American Citizens pursuant to: (A) limited powers delegated from the Constitution, which delegated powers are derived from the people; (B) oaths taken to uphold the Constitution; (C) the Constitution, specifically, the Bill of Rights; (D) powers authorized only by the Constitution or laws in full compliance therewith, specifically, the Bill of Rights, and (E) acknowledge that lack of Constitutional authority and jurisdiction precludes any action and voids any ruling, ab initio, by this Court.

**Wherefore,** since the Constitution is the **Supreme Law of this land**, to which this Court and presiding judge are sworn, Defendant in fact, California Citizen "Michael-Trent: Barnes", respectfully moves this Honorable Court to grant this Motion, based in and supported by the National/federal Constitution, for the aforesaid reasons, to honor and uphold the Citizen's Constitutional Rights during all judicial proceedings, to read all of "Michael-Trent: Barnes" pleadings, motions and rule only in law and case law compliant with, and not in opposition or contradictory to the Constitution.

                                      Respectfully submitted,
                                      All Rights Reserved

                                      */s/ Michael-Trent: Barnes*,
                                      Michael-Trent: Barnes, American Citizen,
                                      Califonian, sui juris, In Proper Persona.