Public Notice by Asseveration

| | |
|---|---|
| Yamhill county | ) |
| Oregon State | ) Scilicet. |
| for the Republic of the | ) |
| united States of America | ) |

I, Michael-Trent, from the Barnes family, hereby give lawful notification to you, I am a sovereign sui juris, white male follower of Yahshua the Messiah, (true name of Jesus Christ) in the Laws of the Almighty Creator YHWH (pronounced YaHWeH; "GOD") first and foremost and the laws of my fellowman where they do not conflict (Leviticus 18: 3, 4). Pursuant to the publicly published "Bible" (book of Law & Prophecy) available to all men & women; let my yea be yea and my nay be nay (Matt. 5: 33-37, & James 5:12) as supported by your federal Public law 97-280, 96 Stat. 1211 and all Constitutions for the Republic. This lawful notification is sent pursuant to the National & your federal Constitutions, specifically, the Bill of Rights, in particular, the <u>First</u>, Fourth, Fifth, Sixth, Seventh, Ninth and Tenth Amendments, and pursuant to your Oath of Fidelity, (Article VI), and requires your written response to me specific to subject matter herein. Your silence is your acquiescence & Consent. See your: Connally v. General Construction Co., 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law". See also your: U.S. v. Tweel, 550 F.2d. 297. "Silence can only be equated with fraud where there is legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading". Your failure to respond, as stipulated and rebut with particularity, specific to everything herein, this Public Notice by Asseveration, with which you disagree, shall be your lawful, legal and binding agreement with and admission to the fact that everything, not disagreed with in writing, is herein admitted in fact, true, correct, legal, lawful and fully binding upon you, as agent for the principal, in any court, without your protest or objection or that of those who represent you. This Public Notice by Asseveration, is both Notice and Opportunity to you, as Agent for the principal.
Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent.

ASSEVERATION OF FACTS

1. My given name is Michael-Trent, my family name is Barnes, my true, correct, and complete name is Michael-Trent: Barnes.

2. I am a sovereign living soul, sui juris, jure divino and a de jure Freeholder Inhabitant of the Land of the Republic, beholden to no earthly government, a follower of the King of Kings, Yahshua the Messiah in the Laws of the Almighty Creator YHWH.

3. By birth I was endowed with **unalienable Rights** granted by my Heavenly Father YHWH, by place of where I was born I derived State Citizenship, in the Republic of California, for the united States of America.

4. Our Heavenly Father YHWH, created all mankind, according to the "Declaration of Independence" "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of happiness. That to secure these rights, Governments are instituted among men, deriving their just powers from the consent of the governed." The only purpose of government is to secure the rights of men rather than to negate them!

5. Government as instituted among men, is but an abstract idea, a legal fiction, it is in reality only men doing action based upon lawful authority, granted consented to them, under strict Supreme Law based upon the Creators Law, and a contract Known as the Constitution and the Bill of Rights 1787-91 C.E. The men of government then created other legal fictions to apply their laws upon their creations. All of these such creations are corporate in nature and do not have life, but are only legal fictions, and do not exists in reality.

6. Such creations include ALL-CAPITAL-LETTER legal entities, known as "persons", "residents", "citizens" etc..., of the federal corporation, these legal fictions interact in a fictional reality and do not have physical form.

7. "MICHAEL TRENT BARNES" being nothing more than composition of legal fiction, is a distinct and separate legal entity from myself Michael-Trent: Barnes, who is a living soul, real, American National with **unalienable Rights** from my Creator YHWH. Conversely "MICHAEL TRENT BARNES" has no rights and needs none as it does not exist in reality only in legal thought.

8. I am the secured party, creditor, superiour claimant, holder in due course, being principal creditor having registered priority lien, hold interes to all property held in the name of the Debtor; MICHAEL TRENT BARNES, evidence by UCC-1 &3, Financing Statement #2004-212509 filed within the commercial record at the BUREAU OF CONVEYANCES: STATE OF HAWAII.

9.   I am a non-political, neutral sovereign man, I have never knowingly accepted any appointment to any political office or employment to any government agency thereof; I am **not** a person, resident, voter, etc..., nor am I a 14th Amendment <u>citizen</u> of the United States or of the District of Columbia.

10.  I am **not** a beneficiary of any cestui que trust, of any municipal corporation(s) or any so called: STATE's OF ..., Inc. Id est., legal fictions that do **not** exist in reality, and or any political subdivision(s) of the federal corporation. Further, I have no nexus by contract, as my valid and lawful signature does **not** exist upon any of their reciprocal compacts, agreements and I am bound by none of their duties or obligations.

11.  I am a white male with no trace of miscegenation in my family. I trace my family's descendence upon the American soil to before the Declaration of Independence, and I have never knowingly alienated my State Citizenship; See Dred Scott v. Sanford 19 How 393, (1857) and Texas v. White, 7 Wall 700 (1868). The government of the District of Columbia, hereinafter "federal corporation" was created in 1871 C.E. and is a federal corporation, with no sovereignty whatsoever; See Clearfield trust doctrine.

12.  This federal corporation "government" is foreign to me and, I have given no knowing Consent to have it be my government.

13.  The federal corporation, foreign government is bankrupt and run in receivership, a bankruptcy filing is a public announcement, notice, declaration that: 1.) it has behaved irresponsibly; 2.) it is <u>not competent</u> to manage their own affairs and; 3.) it needs supervision by authority external to its self.

14.  De jure government agents, employees, officers, and or officials only have delegated powers, which all come from the body sovereign via our founding documents, Declaration of Independence, Constitution and Bill of Rights, 1776-1791 C.E., no others.

15.  The federal corporation being foreign has no more authority over me than does France, its attempts to intice, induce sovereign souls into Consent contracts, which never disclosed the political and religious liabilities which attach, caused me to rescind **all** signature(s), and repudiate **all** Consent from **all** contracts, agreements, forms, cards, documents, Instruments, etc..., <u>nunc pro tunc</u>, <u>ab initio</u>, as it pretended to be lawful de jure National government for the Republic for the united States of America, thus causing; Dolus dans locum contractui; this misrepresentation Voids all contracts as; Dolus et fraus nemini patrocinentur!

16.  The federal corporations unregistered foreign agents, use of lies, force, torture, false arrest, false imprisonment, trespass, kidnaping, coer-

cion, duress, unlawful detention, asault, battery, illegal search and seizure, defamation of name and charcter, emotional & physical & mental anguish, Violations of Due process of law, breach of contract, Violations of the de jure Constitution and the United States Constitution's First, Fourth, Fifth, Sixth, Seventh, Ninth and Tenth and Thirteenth Amendments, by intentional mis-identification and misapplication of Statutes, laws aka. "Constitutional Impermissible Application of Statute" being used against me the living soul sovereign, without lawful juridition, this coercion and threats to my family and other members of my religious affiliation, caused me to accept their plea agreement, and seek other remedy because justice was not available in their legal fiction, they would not even place my true name on their papers.

17.     I gave them notice that I canceled my alledged Plea agreement for their fraud and coercion, but the unregistered foreign agents, just continue the Dolus malus knowing that Dolus circuitu non purgatur.

18.     The alledged UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII never aquired lawful jurisdiction over me the sovereign soul and their malicous injury, trespass upon my Rights and property, being without lawful jurisdiction, all their actions are **VOID**, I purposely challenged jurisdictio upon the record, told them of their error in the name they failed to correct and to even try to prove the jurisdiction for the record.

19.     I, Michael-Trent: Barnes, was never even charged, no Indictment was issued, and no lawful warrant, I broke no law, statute, or code I was compele to comply with, (check your own statutes). I am not, a person, resident, or employee, etc..., this was intentional misapplication of statute, this was an intentional Violation of my First Amendment Right, by prohibiting my free exercise of my lawful religion, by the systematic enforcement of identity theft in an attempt to use fascism rule, through comtemptous fraud and lies formulated by quislings of the advisary "satan" or ignorant idiots who have no conscience or understanding that in our country the only pupose of government is to secure the **rights** of men, **not** to negate them.

20.     This was and is an absolute abuse of authority and office, and Violates their Oath(s) of Fidelity and office, required by Article VI, if in fact they have any lawful authority whatsoever. I requested proof of their Oath(s) which has never been suplied. I requested information about their Bond(s) which also was never supplied. I do not believe lawful authority was given to them for their actions, I served them Affidavit(s) stating that they did not have Constitutional, Legislative, Delegated authority no rebuttal was ever made.

21.    I have never knowingly, willingly given my Consent to attach my private property, such as photographs; figerprints; DNA; etc..., to create a false identity, a straw man, yet alledged government(s) has through mis-information used an intentional, scheme to attach my private property to a fictious entity to enable their scheme to defraud me of my very status and deprive me of my un-a-lien-able Rights granted by my Heavenly Father YHWH. By the creation of this legal fiction, lie, this is nothing but "Identity Theft" and an effort to reduce my lawful status to nothing more than slave or corporation.

22.    I can not and will not except such blatant fraud and lies to exist it is repugnate and totally morally reprehensible, unlawful as that its very scheme is to reduce the rights of men instead of protecting them. It is not power that corrupts but; it is **immunity** from the accountability for the **abuse of power** that corrupts, that deception will not stand. I must remind you that even the federal corporations own public law 97-280, 96 Statute 1211 states that: "The **L**aw of nature as dictated by God (YHWH) himself is binding in all countries and at all times; no human laws are of any validity if contary to this; and as such of them as that are valid derive all force and authority from the original". The Framers created a government of limited power with this understanding of that rule of law, that it was dependent on transcedent religious obligation. For YHWH's Law is like gravity it works whether you chose to believe or not.

23.    I "claim" that by intentionally misnaming me, I was denied "Due Process of Law" the unregistered foreign agents used force to seize me, "Color of law" Color of authority" "Color of office" and "Color of process" to pretend that their codes applied to me to defraud me. They knew that they could not bring any charges against me under my true, correct and complete name of "Michael-Trent: Barnes". This was nothing but intentional fraud, by misapplication of statutes, orchestrated Dolus malus, to operate commercial fraud & theft. This intentional abuse of public trust and lawful authority, for their own financial benefit, to the detriment of myself and my family; set up tort-able claims for the injury/damage caused by agents of the federal corporation

24.    Be it Known I have rescinded **all** my signature(s) with the federal corporation, including their alledged "Plea agreement" nunc pro tunc, ab initio. I declared canceled any alledged conviction(s) and or agreement(s) for me the living soul man, being either guilty of, their misapplication of statute, and or a stand-in to serve sentence for, or be surety for, or an accommodation party for either legal fiction(s) "MICHAEL TRENT BARNES" or "MICHAEL L. BARNES" and I declared upon their own record. I did not **consent** to prison parole, probation, pre-post trial release and or any other form of infringe-

ment upon my **Liberty**. All such actions were conducted without lawful authority, abuse of power, void Consent, void jurisdiction, void lawful contract. Their fraud is not purged by circuity, and their deceit should not benefit them. In fact no valid lawful commitment order even exists.

25.   The alledged "Plaintiff" "UNITED STATES OF AMERICA" does not exist.

26.   No valid contract ever existed between "UNITED STATES OF AMERICA" and myself or "MICHAEL TRENT BARNES".

27.   My conscience, and my Heavenly Fathers Laws command me to warn you, by lying, pretending, to be de jure government for the Republic, when in fact only operating as the federal corporation, government for the District of Columbia, you are in fact obeying "satan" the father of lies. Do you not know you worship who you obey? I won't even go into all thats wrong with whats been done in the name of this misapplication of statute by intentional misidentification.

28.   I was never represented by an attorney, representing otherwise is just another fiction, lie.

29.   If you dispute that I have removed myself, from all nexus of Consent contracts, and or jurisdiction of your federal corporation, you shall support your belief by providing your "Proof of Claim" along with your Article VI Oath of Fidelity and your Bonding information to demonstrate your clean hands, included within this mailing will be a copy of one of the "Notice & Praecipe"(s) which I have previously sent rescinding **ALL** signatures and repudiating **ALL** Consent, nunc pro tunc, ab initio.

<u>In Closing</u>: If you disagree with anything herein this Public Notice by Asseveration, then it becomes your lawful duty and your opportunity to rebut, that which you dispute, you shall in writing by particularity and specificity. As I have placed my facts, statements numbered, for your ease, so therefore you shall respond within the time limit placed herein. Failure to **not** present in writing your own "proof of Claim" to the contrary of any or all disputed facts and statements herein shall work "Estoppel" upon you, and your federal corporation et al., and shall henceforth be stipulated and is your agreement with and admission to the truth of the facts brought forth herein this Public Notice by Asseveration. All facts, statements made hereby and herein this Public Notice by Asseveration are henceforth stipulated as true, correct, legal, lawful and become your irrevocable admission as agent attesting to, and is fully binding upon you in any court, without your protest, objection, or that of who you represent or who represent you. If it is your intent to dispute, rebut, you shall produce evidence by presentment of your Oath of Fidelity, Article VI as required

Section 3 Page 28 of 30 Total

by law and the policy number and name and address of the underwriter of your Bond.

I, Michael-Trent, am not an expert in your law, however I do know right from wrong. So if there is any living soul, human being damaged by any statements herein, if he or she will inform me by the written facts, I will sincerely make every effort to amend my ways. I hereby and herein reserve my right to amend and make amendment to this Public Notice by Asseveration, as necessary in order that the truth might be known, ascertained and our disputes justly determined. If any party wishes to rebut this Public Notice by Asseveration, by means of providing "Proof of Claim" facts shall be provided, you shall please advise me in "written asseveration, declaration, or Affidavt form" under Oath, within (30) thirty days from the mailing date herein placed below in blue ink. Your written rebuttal shall provide particularity and specificity, suppling **all requisite** actual documentary evidence of fact or conclusions that the contents, facts, statements made herein by this Public Notice by Asseveration is substantially and or materially false or flawed sufficiently to change materially my status and factual declarations , asseverations. Your silence stands as **consent** to and acquiescence of, and tactic approval of all contents, statements declared and contained herein.

May the will of our Heavenly Father YHWH be manifest, through the power and authority of the blood and sacrifice of His Son, Yahshua King of Kings, Messiah of the world, So be it ! Halleluyah!

I, hereby stand and bear witness as to my belief, that this Public Notice by Asseveration is fundamentally sound and barring mis-spelling and typing mistakes true and correct to the best of my knowledge. (Deuteronomy 17;6)

_____ 11-2-06   _____ 11/2/06 Ben Watts 11/2/06
witness           date      witness          date  witness          date

Reserving ALL natural God-(YHWH)-Given Unalienable Birth Rights, Waving None Ever

                    _____
                    Reverend, Michael-Trent: Barnes
                    By my Hand and Seal

Signed, sealed, and verified on this _____ day of the _____ month in the year of our Lord and savior (Yahshua the Messiah) two thousand and Six before these competent and qualified witnesses (Deuteronomy 19: 15) in YHWH's Kingdom, in Yamhill county of Oregon State, Republic for the united States of America.

------------------------------ACKNOWLEDGEMENT------------------------------

Yamhill County                )
Oregon State                  )  ss.
united States of America      )

28 U.S.C. § 1746(1)

I, __Michael-Trent: Barnes__, declare under penalty of perjury under the laws of the united States of America that the foregoing is true and correct. Signed on this __2__ day of the __November__ month in the year of our Lord and Savior (Yahshua the Messiah) two thousand and Six.

__Michael-Trent: Barnes__
Reverend, Michael-Trent: Barnes,
All Rights reserved

I, __Teresa L. Hubbard__, a notary public do hereby attest that it was the living soul, Michael-Trent: Barnes, who placed his name hereinabove in my presence this __2__ day of the __November__ month in the year of our Lord and savior (Yahshua the Messiah) two thousand and Six.

__Teresa L. Hubbard__                     (seal)
Notary signature

__May 31, 2010__
date of expiration

OFFICIAL SEAL
TERESA L. HUBBARD
NOTARY PUBLIC-OREGON
COMMISSION NO. 406661
MY COMMISSION EXPIRES MAY 31, 2010

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Public Notice by Asseveration was sent by prepaid first class postage U.S. Mail on this the _____ day of the _____ month in the year of our Lord and savior (Yahshua the Messiah) two thousand and Six.

WITNESS_____   WITNESS_____   WITNESS_____

cc; file