IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| Michael-Trent: Barnes,<br>Petitioner/Movant,<br>Appelant, | USDC No. 03-00502-SOM<br>USCA No. 05-10577 |
| v. | MOTION FOR LEAVE TO<br>FILE A SUPPLEMENTAL<br>PLEADING PUSUANT TO |
| UNITED STATES OF AMERICA,<br>APPELLEE/RESPONDENT, | F.R.APP.P RULE 22 |

Appellant, Moves this Honorable Court with a MOTION for leave to file a supplemental pleading to F.R.APP.P RULE 22.

Appellant, without counsel (counsel is appointed for a "MICHAEL L. BARNES", an unknown "person") relying on Haines vs. Kerner, 404 US 515, for less Stringent pleading standards, respectfully request this Honorable Court to Grant this appelant leave for this supplemental pleading. In the interest of justice! In support of this Motion Appelant states and presents two (2) questions. To this Honorable Court, to whit:

A.) This Court must determine whether the "ACT" of the 14th Constitutional Amendment U.S.C.A. was properly approved and adopted?

B.) And if the 14th Amendment was properly approved and adopted, this Court must determine if it is being Illegally or Unconstitutionally applied against the Appellant's will, a De Jure State Citizen of California?

Appelants Brief in support is directly attached, Asservation and Statement of Status and Jurisdiction, Arguments, Memorandum of Law, Conclusions and Certificate of Service(s) Included and attached number of pages_____( ).

WHEREFORE, Appelant, Prays that this Most Honorable Court grant this Rule 22 Motion. This Motion is in Good Faith as Appellant asserts FRAUD on the District Court's Behalf, in "Lack of In Personam Jurisdiction", Bad Faith, Malicious prosecution, Dolus malus Dolus dans locum contractui, Denial of Constitutionally protected Rights, and Due Process of Law, resulting in the involuntary servitude of the Appelant.

EXECUTED THIS 10th DAY OF First MONTH, 2007 C.E.
Respectfully Submitted,

/s/ Michael-Trent: Barnes
Michael-Trent: Barnes- Appellant Movant

c/o Postal Service address, Non-assumptive MICHAEL TRENT BARNES #97005-022
Sheridan Prison Camp,
P.O. Box 6000
Sheridan, Oregon, CF97378CF


CC: Solicitor General
    Department of Justice
    Washington, District of Columbia
    Postal Zone 20530/tdc

Page 1 of 1