***** CERTIFICATE OF SERVICE *****

I, Michael-Trent: Barnes, do declare under the pains and penalties of your 28 §1746 (1) under the laws of the united States of America, that on the 10th day of First month, of 2007, C.E. I have placed a true and correct copy of the attached legal document(s) inside the BUREAU OF PRISONS mail drop at the Sheridan Prison Camp located near Sheridan, Oregon. Documents enclosed:

[1.] Independant Motion/ Challenge of "In Personam Jurisdiction", with "Notice of appeal" & "Certificate of Appeal ability 28 § 2253", and;

[2.] Memorandum of Law, and;

[3.] Certificate of Appeal ability to the 9th Circuit 28 § 2253, questions for review, and;

[4.] Asservation of Status, Statements of Status and Jurisdiction, Arguments, Memorandum of Law, Conclusion and cover sheet Praecipe to Court Clerk and Certificate of Service(s).

[5.] Total number of pages Ninty two (92) included.

RE: USDC # 03-00502-SOM; USCA # 05-10577.

| | |
|---|---|
| Sent to: SUE BEITIA, CLERK | BEVERLY WEE SAMESHIMA |
| DISTRICT COURT HAWAII | U.S. ATTORNEY |
| 300 Ala Moana Blvd. | 300 Ala Moana Blvd. |
| Honolulu, Hawaii, uSA | Honolulu, Hawaii, uSA |
| | |
| COURT CLERK, 9th CIRCUIT | Solicitor General |
| 95 Seveth Street | Department of Justice |
| P.O. 193939 | Washington, District of Columbi |
| San Fransico, California | Postal Zone 20530/ tdc |
| Postal Zone CF94119-3939CF | |

Respectfully Submitted, "Without Prejudice", /s/ Michael-Trent: Barnes, In Propia Persona, Sui Juris, [C]itizen of California, Michael-Trent: Barnes, with explicit reservation of all my unalienable Rights and without prejudice, to any of my rights as [C]itizen of the California Republic.

In Propria Persona, RE; [U.S.A. v. BARNES, DIR/APPEAL. DOC 9th CIR.] Michael-Trent: Barnes, Sui Juris.

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 09 2007
at 8 o'clock and 40 min. __M
SUE BEITIA, CLERK

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 2 3 2007
DISTRICT OF HAWAII

SCANNED