

**RECEIVED**
CLERK, U.S. DISTRICT COURT

FEB 27 2007

DISTRICT OF HAWAII

MICHAEL LEE BARNES
96007-022
Sheridan Prison Camp
Sheridan, Oregon, CF97378CF

Clerk of the Court
United States District Court for the District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii, CF96850CF