# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: March 20, 2007

To:  United States Court of Appeals    Attn:  ( )    Civil
     For the Ninth Circuit
     Office of the Clerk                       (✓)    Criminal
     95 Seventh Street
     San Francisco, California 94103           ( )    Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CR 03-00502SOM              Appeal No:    05-10577

Short Title:   USA vs. BARNES


| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 2 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes   ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #21, 77, 78


Acknowledgment: _____    Date: _____

cc: counsel

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAR 2 3 2007

FILED _____
DOCKETED ____  DATE ____  INITIAL ____
T. Rosenthal

RECEIVED
CLERK U.S. DISTRICT COURT

MAR 3 0 2007

DISTRICT OF HAWAII