MOATT   ORALSC
CJA

i

INTERNAL USE ONLY: Proceedings include all events.
05-10577 USA v. Barnes

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Beverly Wee Sameshima, AUSA<br>FAX 808/541-2958<br>808/440-9231<br>Suite 6-100<br>[COR LD NTC ret]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| MICHAEL L. BARNES<br>    Defendant - Appellant | Michael L. Barnes<br>Reg. No. 95007-022<br>[NTC prs]<br>FCIS - FEDERAL CORRECTIONAL<br>INSTITUTION (SHERIDAN)<br>P.O. Box 5000<br>Sheridan, OR 97378-5000<br><br>Georgia K. McMillen, Esq.<br>FAX 808/242-4343<br>808/242-4343<br>[COR LD NTC ret]<br>P.O. Box 1512<br>Wailuku Maui, HI 96793 |