Michael-Trent: Barnes, ex-rel.
RES: MICHAEL TRENT BARNES®
U.C.C. No. 2004-212509
Care of Postal Service Address
U.S.P.C. #95007-022
Post Office Box 6000
Sheridan, Oregon, [97378]

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 12 2007

at \_\_ o'clock and \_\_ Min \_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>vs.<br><br>MICHAEL L. BARNES, in error<br>MICHAEL TRENT BARNES, in error<br>Michael-Trent: Barnes, Defendant<br>in fact, Common Law [C]itizen | U.S.D.C. No. 03-00502-SOM<br><br>Date: _____<br>Time: _____<br><br>Motion to Dismiss for<br>failure to prove "In<br>Personam Jurisdiction"<br>once challenged. |

MOTION TO DISMISS FOR LACK OF IN PERSONAM JURISDICTION

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE BY THESE PRESENTS: That I, _Michael-Trent: Barnes_, the Defendant in fact, hereby submits this motion to dismiss charges for the failure of the Plaintiff's counsel to prove the necessary "In Personam Jurisdiction" once challenged. The UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, received the Challenge to In Personam Jurisdiction on February 9th, 2007 as of today July 2nd, 2007, no hearing has been set no evidence has ever been presented that the U.S.D.C. in Hawaii, had the Constitutionally required "In personam Jurisdiction" in which to bring suit/case.

THEREFORE, defendant in fact asks the Court to dismiss all charges against defendant in fact and return all property seized or attached in this case.

Respectfully submitted by: "Without Prejudice" _Michael-Trent: Barnes_, In Pro Se, In Proper Personam, Sui Juris, American National, [C]itizen of the California Republic.

Page 1 of 1 of 5