# MEMORANDUM IN SUPPORT
## OF *PRIVATE ADMISTRATIVE PROCESS*
## AKA; <u>C</u>ONDITIONAL <u>A</u>CCEPTANCE <u>F</u>OR <u>V</u>ALUE
## FOR PROOF OF CLAIM (CAFV) with
## <u>NOTICE OF ADMISTRATIVE REMEDY POINTS AND AUTHORITIES</u>

Non-negotiable – Private between the parties

**Conditions of Notice via CAFV**;
  A. Undersigned desires to settle this matter via good faith via acceptance and to satisfy any obligation established or indicated by any presentment from Respondent by agreement predicated and conditioned upon proof of claim (discovery & evidence).
  B. The use of any Notary by Claimant is to 'keep the record', 'acknowledge' the signature of the undersigned and testify to the veracity of the same in any court where necessary and may utilize Notarial protests as needed.

**Claimant**; is the living, flesh-and-blood sentient being, who(s):

  1. "Rights existed long antecedent to the organization of the State..." Hale v. Henkle 201 u.s. 43 @ pg. 74 (1905).
  2. Is not a signatory to any State or Federal Constitution.
  3. Is not a 'party' to any state of Federal Compact.
  4. Is not named in the statutes of any State or Federal government.
  5. Has the right to exercise 'private administrative process' for resolution before utilizing the foreign courts of de-facto governments agency/units.
  6. Has the personal knowledge of the facts of the matter and are contained in affidavit form duly notarized.
  7. Initiates process and contact in Good Faith, with Clean Hands and Fair Dealing implied in administrative or law.
  8. Has '<u>expectation</u>' of same from all agents, employees and officers of government or quasi-government (private) corporations, and the private sector.
  9. Has '<u>expectation</u>' that agents, employees and officers of government or quasi-government (private) corporations, and the private sector will act fairly and honestly in good faith, with clean hands and without intent to cheat, hinder, delay, defraud, lie, coerce, use undue influence, threaten, or use physical force (beatings) or violate their 'Oath of Office'.

**Respondent**(s) to this 'private administrative process' (CAFV) is to:

  1. Substantiate the validity and the accuracy of their presentment (whether complaint, information, indictment) or otherwise;
  2. Produce Delegation of Authority – private / public (duly sanctioned) or otherwise;
  3. Produce Constitutional 'Oath of Office' duly signed and witnessed;
  4. Produce any Contract or Agreement bearing bona fide signatures including those of the Claimant;
  5. Constitutional authority of Respondent to act against Claimant;

6. Produce bases upon which any claim operates upon Claimant;
7. Operate with 'Good faith', 'Clean Hands', 'Fair Business Dealings';
8. Provide 'Full disclosure' at all times, and
9. Conduct matter under the principles of the American Jurisprudence and Law;
10. Disclose whether the instant matter is a proceeding in time of Peace;
11. Disclose whether the instant matter is a proceeding in time of War;
12. Act in a manner so as not to cheat, hinder, delay or defraud the Claimant in any manner;
13. Act in a manner not to coerce Claimant under color of law or to subject Claimant to involuntary servitude and peonage;
14. Insure that, in this instant matter, Respondent(s) agrees not to commit fraudulent concealment, denial of substantive due process, denial of due process of law, to mutual conspiracy to engage in a scheme of unjust enrichment, or a Declaration of War against the Claimant and subjection of Claimants to a state of involuntary servitude and peonage in violation of:

   a. Bill of rights – re; 'right to Life, Liberty and Pursuit of Happiness
   b. Thirteenth Amendment of the Constitution of the United States;
   c. Title 18 USC §1581;
   d. Title 42 USC §1994;
   e. Article 6 of American Convention on Human Rights

15. Or where Respondent is a 'private' man/woman; within the context above, validate the claim, acts or otherwise as to show actions, statements were proper, lawful and correct and that Respondents actions were not injurious in any capacity.

**Notice**; claimant does not assume that Respondent is deceitfully attempting to assert a requirement where none exists, to file a form or allege a tax liability where none exists (other than upon a corporate fiction/debtor), nor is Respondent attempting to forcing Claimant to participate through coercion and/or undue influence to perform or pay against Claimants will.

## Requirement(s) of Respondent(s):

1. After review of the presentment, law, statutes, codes, evidence, affidavits, evidence, etc., transmit a notice to Claimant that there has been misapplication of statute/law or code.
2. Provide 'Proof of Claim(s)' as attached hereto.
3. Otherwise Respondent understands and agrees that a non-response, silence and/or refusal to provide 'Proof of Claim(s) constitutes 'full agreement' to all the facts as they operate in favor of the Claimant and Respondent and it's Principal(s) are in agreement for discharge of any fine, fee, tax, debt or judgment via commercial instrument and/or Respondent agrees that Claimant can exercise exclusive remedy via Tort Claim on all parties to the admissions and injuries.

//
//
//