PROOF OF SERVICE

I, Michael-Trent: Barnes, hereby certify that I properly placed 1 original and 2 copies of a 5 page MOTION TO DISMISS FOR LACK OF JURISDICTION, which included a 4 page MEMO-Randum in support of CAFV, in an envelope and mailed it with First Class postage on the 8th day of July, 2007 C.E. it was placed in the outgoing Mail Box provided for use at the Federal Prison Camp, Sheridan, Oregon. The letter was addressed as follows:

U.S.D.C. Clerk, Sue Beita
300 Ala Moana Blvd.
Honolulu, Hawaii, uSA

RE: Praecipe/instructions: Independent Motion Challenging Claim of Territorial Jurisdiction

1.] Stamp all 3 recieved Motion(s)

2.] Place 1 stamped received Motion inside of the self addressed stamped envelope and place back in the U.S. mail.

3.] See that a "Beverly Wee Sameshima", d.b.a. Assistant U.S. Attorney receives 1 copy.

4.] Place the original in the file for alleged criminal case No. 03-00502-SOM, et al.

5.] Notice "Susan Oki Mollway" d.b.a. as Article III Judge of filing.

28 U.S.C. § 1746 (a), or (b)

I, declare under penalty of perjury under the laws of the United States of America, or the United States, depending upon the ownership and status of territorial jurisdiction of the Federal Prison Camp located at Sheridan, Oregon, that the foregoing is true and correct. Executed on this 8th day of July, 2007 C.E.

Signature: Michael-Trent: Barnes