hael-Trent: Barnes
ce Address, Sheridan Prison Camp
on, [97378]

Sue Beita, U.S.D.C. Court Clerk
300 Ala Moana Blvd.
Honolulu, Hawaii, united States of America

