IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00502 SOM |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION TO |
| | ) | DISMISS FOR LACK OF IN |
| vs. | ) | PERSONAM JURISDICTION; |
| | ) | EXHIBIT A |
| MICHAEL TRENT BARNES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING MOTION TO DISMISS FOR
LACK OF IN PERSONAM JURISDICTION

Defendant Michael Trent Barnes moves to dismiss this criminal action for "lack of in personam jurisdiction." This motion is denied. The criminal judgment entered against Barnes has been affirmed by the Ninth Circuit, and dismissal of criminal charges is not an available remedy at this time.

In his motion, Barnes complains that this court has not acted on a motion he filed earlier this year. This court has no pending matters in this case, as shown by the orders included in the attached Exhibit A, previously served on Barnes. Although the appeal has now been completed, that does not by itself breathe life into motions previously denied. Given the affirmance, there is, in any event, no basis for Barnes to file such motions.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; July 13, 2007.

/s/ Susan Oki Mollway
_____
Susan Oki Mollway
United States District Judge

United State of America v. Michael Trent Barnes; CR. NO. 03-00502 SOM; ORDER DENYING MOTION TO DISMISS FOR LACK OF IN PERSONAM JURISDICTION; EXHIBIT A