```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,     )    CR. 03-00502-01 SOM
                              )
          Plaintiff,          )
                              )    ORDER TERMINATING MOTIONS
     vs.                      )    FILED WITH THIS COURT DURING
                              )    PENDENCY OF APPEAL TO NINTH
MICHAEL TRENT BARNES (01),    )    CIRCUIT
                              )
          Defendant.          )
_____ )
```

          ORDER TERMINATING MOTIONS FILED WITH THIS COURT
             DURING PENDENCY OF APPEAL TO NINTH CIRCUIT

Defendant Michael Trent Barnes has filed several motions with this court, notwithstanding the pendency of his appeal to the Ninth Circuit.  These motions all appear to have been filed by Barnes himself, not by his appointed counsel.  As this court is without jurisdiction over the matters raised by the motions, the Clerk of Court is directed to terminate all motions filed with this court by Barnes between January 1, 2007, and this date.

DATED: Honolulu, Hawaii; February 9, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge