TABLE OF AUTHORITIES

MEMORANDUM OF LAW

JURISDICTION A CONSTITUTIONAL REQUIREMENT

1.] Constitution for the united States of America 1787 C.E. and the Bylaws of the municipal corporation's Constitution of the United States a for profit corporation 1871 c.e.

2.] Hanford v. Davis, 16 S.Ct. 1051, 163 U.S. 273, 41 L.Ed. 157 (1896).

3.] U.S. v. Benson, 495 F.2d. 475 at 481 (1974).

4.] U.S. v. Bevans, 16 U.S. (3 Wheat) 336 (1818).

5.] U.S. v. Watson, 80 Fed. Supp. 649 (1948, E.D. Va.).

6.] Fort Leavenworth Railway Co. v. Iowa, 114 U.SS 525 at 531 (1885).

7.] Jones v. U.S., 137 U.S. 202, 11 S.Cl. 80 (1890).

8.] Bauman v. U.S., 156 F.2d 534 (5th Cir. 1946).

9.] U.S. v. Rogers, 23 Fed. 658 (D.C., W.D. Ark., 1885).

10.] See creation of U.S.D.C., 62 Stat. 895, 77 Stat. 331, 28 U.S.C. Chapter 85 & 132 & Title 18 U.SSC. Chapter 5, 7, & 3231.

11.] Hubbard v. Ammerman, 465 F.2d. 1169 (5th Cir., 1976).

12.] Graves v. Snead, 541 F.2d 159 (6th Cir., 1976).

13.] International Longshoremen's & Warehousemen's Union v. Juneau Spruce Corp., 342 U.S. 237 at 241 (1952), 72 S.Ct. 235, 96 L.Ed. 276, Alaska 536.

14.] American Insurance Co. v. 356 Bales of Cotton, 1 Pet. 511 (1882), 7 L.Ed. 242; International Longshoremen's & Warehousemen's Union v. Wirts, 170 F.2d. 183 (9th Cir., 1948), cert. den. 336 U.S. 919, 93 L.Ed. 1082, 69 S.Ct. 641, reh. den. 336 U.S. 971, 93 L.Ed. 1121, 69 S.Ct. 936.

15.] Balzac v. Puerto Rico, 258 U.S. 298 at 312 (1921), 42 S.Ct. 343, 66 L.Ed. 627.

16.] U.S. v. Johnson, 337 F.2d 180, aff'd 383 U.S. 169 (1966), 86 S.Ct. 749, 15 L.Ed. 2d. 77, 117.

17.]    Virginia Law Review, 287, 289, (1926). Federal Rules of Criminal Procedure Rule 54, (c). Adams v. United States, 319 U.S. 312, 63 S. Ct. 1122, 87 L.Ed. 1421 (1943).

18.]    Owen Equip. & Erection Co. v. Kroger, 98 S.Ct. 2396, 437 U.S. 365, 57 L.Ed. 2d. 274 (1943).

19.]    O'Donoghue v. U.S., 289 U.S. 516 (1933), 77 L.Ed. 1356, 53 S.Ct. 74; Mookini v. U.S., 303 U.S. 201 at 205 (1936), 82 L.Ed. 748, 58 S.Ct. 543.

20.]    U.S. v. Saders 641 F.2d 659 (1981), cert. den. 101 S.Ct. 3055, 452 U.S. 918, 69 L.Ed 422.

21.]    Title 18 U.S.C. § 3401 (b)

22.]    United States Government Printing Office Book "Jurisdiction over Federal Areas within the States" (1956 Part 1) "Facts and Committe Recommendations". Page 52

23.]    United States Government Printing Office Book "Jurisdiction over Federal Areas within the States" (1957 Part 2) "A Text of the Law of Legislative Jurisdiction" Page 45.

24.]    Above refferenced Book on Jurisdiction in 23 above Page 46.

25.]    Above refferenced Book on Jurisdiction in 23 above Pages 66 & 67.

26.]    Above refferenced Book on Jurisdiction in 23 above Pages 81 & 82.

27.]    Above refferenced Book on Jurisdiction in 23 above Pages 107 & 108.

28.]    U.S. v. Morrison 146 L Ed 2d 676, citing U.S. v. Lopez 514 US at 596-597.

29.]    FCrRP 54 (c)

30.]    Title 18 USC § 5, Rule 6 & Rule 1 (b) (9) FCrRP.

31.]    FCrCP Rule 1 (b) (9), Rule 54 (c) Title 18 § 5 and 7, Article III and the Judiciary Act of 1787.

32.]    U.S. Constitution Article III Section 2.

33.]    Aetna Life v. Haworth (1937) 300 U.S. 227, Citing Chisholm v. Georgia 1 L Ed 44 U, 452.    Page 2 of 3 of 18 Total

Section 3,

34.]    See Will v. United States 19 L Ed 2d 305, 310.

35.]    18 U.S.C § 3401, and Rule 1 (a) (1) FCrRP.

36.]    Title 18 U.S.C. § 513 (5), Title 18 U.SCC. § 921, Montello Salt v. Utah 221 U.S. 452, 455, 456.

37.]    Glidden v. Zdanok 8 L Ed 2d at 715, citing O'Donoghue v. United States 287 U.S. at 546.


Respectfully submitted by: _Michael-Trent: Barnes_, In Proper Persona, Dated this _8th_ day of July, 2007 C.E. AS: Sui Juris, in Pro Se, with the explicit reservation of all my unalienable birth Rights of an American National, [C]itizen of the California Republic.


Section 3, Page 3 of 3 of 18 Total