PROOF OF SERVICE

I, Michael-Trent: Barnes, hereby certify that I properly placed 1 original and 2 copies of a 18 page MOTION CHALLENGING THE CLAIMED TERRITORIAL JURISDICTION, which included a 9 page MEMORANDUM OF LAW, and a 3 page TABLE OF AUTHORITIES, in an envelope and mailed it with First Class postage on the 10th day of July, 2007 C.E. it was placed in the outgoing Mail Box provided for use at the Federal Prison Camp, Sheridan Oregon. The Mailing was addressed as follows:

U.S.D.C. Court Clerk, Sue Beita
300 Ala Moana Blvd.
Honolulu, Hawaii, uSA

RE: Praecipe/instructions:

1.]   Stamp all 3 recieved Motion(s)

2.]   Place 1 stamped copy of received Motion inside of the self addressed stamped envelope provided and place back in the U.S. Mail.

3.]   See that a "Beverly Wee Sameshima", d.b.a. Assistant U.S. Attorney receives 1 copy.

4.]   Place the original in the alleged criminal case file No. 03-00502-SOM, et al.

5.]   Notice "Susan Oki Mollway", d.b.a. as Article III Judge of filing.

28 U.S.C. § 1746 (a), or (b)

I, declare under penalty of perjury under the laws of the United States of America, or the United States, depending upon the ownership and status of territorial jurisdiction of the Federal Prison Camp located at Sheridan, Oregon, that the foregoing is true and correct.

Executed on this 10th day of July, 2007 C.E.

Signature: _Michael-Trent: Barnes_