

MICHAEL TRENT BARNES # 95067-022
Sheridan Prison Camp
Post Office Box 6000
Sheridan, Oregon, 97378

U.S.D.C. Court Clerk, Sue Beita
300 Ala Moana Blvd.
Honlulu, Hawaii, USA