To: Sue Beitia, U.S.D.C. Court Clerk

RECEIVED
CLERK U.S. DISTRICT COURT

AUG 13 2007

DISTRICT OF HAWAII

Notice and Praecipe

1. Stamp all 3 copies of Motion 60 F.R.C.P. as recieved

2. Place 1 copy in the Self addressed Stamp envolpe and place back in mail.

3. Give Notice of filing to Susan Oki Mollway, Beverly Wee Sameshima, and Edward H. Kubo Jr. as agents of the UNITED STATES.

Thank you for your prompt Service, Michael-Trent:Barnes