ORIGINAL

```
From: Michael-Trent: Barnes, Sui Juris
Secured Party/Creditor & Attorney-In-Fact
for the Ens Legis, RES: MICHAEL TRENT BARNES
In Care of Non-assumptive, Postal Service
Address: P.O. Box 6000
         Sheridan, Oregon, u.S.A.
         [97378]
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 10 2007
at 12 o'clock and 20 min. P M.
SUE BEITIA, CLERK

United States District Court

for the District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>Michael-Trent: Barnes, In Fact,<br>MICHAEL TRENT BARNES, In Error,<br>MICHAEL L. BARNES, IN Error,<br>Defendant, | CR. No. 03-00502-SOM<br><br>**NOTICE & CONDITIONAL ACCEPTANCE<br>FOR VALUE** |

NOTICE & CONDITIONAL ACCEPTANCE FOR VALUE

**NOTICE:** I received your "ORDER DENYING 'MOTION FOR RELIEF FROM VOID JUDGEMENT OR ORDER, UNDER YOUR RULE 60 F.R.C.P. (a), (b)" and EXHIBIT A You seem to miss the points completely! The "Motion" did not seek any "Civil remedy from the court", it contained 3 parts part 1 was away for you to use your "color of authority" to limit liability for yourself by providing relief **"NOW'**. Part 2 was/is an Affidavit of wrongs committed by you and other named Respondents and as of yet unnamed Respondents, to the variable Tortable actions or inactions done in the "Fraudulent matter", which has caused me the living soul man injury and damage. Part 3 was/is a self-executing "Contract" which would limit your liability to mere, pennies upon the dollar, for your immediate correction of the damage caused by your use of fraud, color of law, etc... in the commercial Affidavit, presented to you and other agents of the municipal corporation, for the intentional mis-application of statute, ultra vires, and unlawful actions

and/or inactions of the agent(s) for the municipal corporation, e.g. United States/UNITED STATES et. al., a De Facto government for the District of Columbia. Please know, and understand, that it is NOT the intent of the Defendant In-Fact, Michael-Trent: Barnes'or desire, NOR design to hinder the operation/function of your office, court, NOR to cause embarrassment, disgrace, NOR to detract from the Honor and Dignity of same. Be it known, that I, Michael-Trent: Barnes, herein; and hereby, agrees, consents, and covenants with the agents of the "De Facto government" to preform the balance of the alleged obligation on the term of imprisonment as imposed by the court within the above named case/cause No. 03-00502-SOM and to pay/perform ALL other; and additional, obligations; of whatever nature, pertaining thereto, therein, and arising there from, as well as to cease and desist in pursuing a Tort Claim(s) for the injury/damage caused by this matter upon you or anyother agent tendering the following requested Proofs of Claim, identified hereunder.

### CONDITIONAL ACCEPTANCE FOR VALUE

Please provide your "Proof of Claim" that your bankrupt corporation has any lawful, "Contract(s)", whatsoever giving your corporation's "courts" a claim of having "Subject matter jurisdiction" over my private acts or actions and/or

1.  Proof of Claim, that your corporation's courts have any lawful, authority of having "In Personam jurisdiction" over myself the living man; "Michael-Trent: Barnes", or that I, was ever named as a party to any lawful matter, brought before your corporation's courts; and

2.  Proof of Claim, that your corporation's courts and/or agents ever had any lawful authority over myself "Michael-Trent: Barnes" the Secured Party/Creditor, Authorized Representative & Attorney-In-Fact for the Ens Legis, Debtor "MICHAEL TRENT BARNES"; and

3.  Proof of Claim, that your corporation's court(s) and or agent(s)

through their actions and or inactions have <u>not</u> cause injury/damage to me the living soul, Secured Party/Creditor "Michael-Trent: Barnes"; and

4.   Proof of Claim, that a Tort Claim and/or Claims against your corporation, and/or the agents/employees, personally and individually is <u>not</u> in fact my exclusive remedy for the injury/damage caused by your corporation's agents/employees, acts of ultra vires, fraud, misrepresentation, mis-application of statute, etc... caused in this matter; and

5.   Proof of Claim, that you personally and your corporation has <u>not</u> received multiple Notice/Notification of its wrongdoing(s), unlawful acts, actions, and/or inactions which caused and is continuing to cause injury/damage to myself the Tort Claimant, "Michael-Trent: Barnes", Secured Party Creditor, injured party, plus options to limit your personal, and individual, liability in this matter, plus limiting your corporation's liability in this matter, which you have <u>not</u> elected to exercise, and the current agreed upon rate for damage rate is set at 1.6 million per day for each and every day of the false arrest, and false imprisonment, imposed by your unlawful Acts, Orders, Judgements which were without any lawful authority whatsoever.

I, Michael-Trent: Barnes, seek the requested Proofs of Claim, in the nature of discovery and validation of debt in exhausting my "Private Administrative Process for remedy" "Tort Claim", therein establishing that the arrest and ALL proceedings and processes ensuing there from ARE lawful, proper, valid, constitutional, and thereby; and therein, procedurally legal, so that I may determine that the court, and ALL parties participating/involved did <u>not</u> commit constitutional impermissible acts and mis-application of statutes/laws in this matter, and did establish upon the face of the court's record its jurisdiction in said alleged Criminal Case/ Cause in accordance with and pursuant to due process of law or law of the land; and that I was accorded proper and valid process and service therein, and the court's jurisdiction therein as to both in personam and subject-

matter jurisdiction; wherein the court acquires/obtains its authority to act and thereby enter/render valid and enforceable judgments, orders, and the like in any matter before it, claimed therein by the court within the above referenced alleged Criminal Case/Cause was complete and <u>not</u> fatally flawed ab initio. Further, in-as-much, as the copyright symbol contained within what appears to be ALL books, codes, references, reports and the like dealing with what you preport as law, does not such give notice that this is really in fact private property of the copyright owner so thus I, Michael-Trent: Barnes am very confused as to being able to use what you sent as EXHIBIT A as a remedy for the wrongful acts, actions, and or inactions presented to you by Commercial Affidavit of the Void JUDGEMENT in this matter, which your respose is due very shortly, which if you choose to default upon the presented Affidavit will estop further attempts to dispute my unrebutted Claims made upon the AFFIDAVIT IN SUPPORT OF A VOID JUDGEMENT & TORT CLAIM, already presented to you.

       Without Prejudice

*Michael-Trent: Barnes*
<u>Michael-Trent: Barnes</u>, Injured Party, Secured Party/
Creditor, Authorized Representative, Attorney-In-Fact
in behalf of MICHAEL TRENT BARNES, Ens Legis

United States District Court Case Number 03-00502-SOM, et al.,