Michael-Trent: Bauer
Prison Camp #95007-022
P.O. Box 6000
Sheridan, Oregon, U.S.A.
[97378]

U.S. D.C. Clerk
300 Ala Moana Blvd.
Honolulu, Hawaii U.S.A.

