FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 0 2007

at 12 o'clock and 70 min. P M.
SUE BEITIA, CLERK

CR 03-00502 SOM

## CERTIFICATE OF SERVICE

I, ___David Tacke___, certify that on September 4th, 2007C.E. I,
placed in the outgoing mail receptical at the Federal Prison Camp, in
Sheridan, Oregon, _3_ copies of a NOTICE & CONDITIONAL ACCEPTANCE FOR
VALUE from a Michael-Trent: Barnes, delivered to me and sealed by me
as 3rd party witness of service, it was sent via First Class Postage
Prepaid and consisted of _4_ pages each copy above, plus 1 page instructio
sheet and a return envelope postage prepaid back to Michael-Trent: Barnes.

SENT TO: U.S.D.C. court clerk
         300 Ala Moana Blvd.
         Honolulu, Hawaii, u.S.A.

_____,
David Tacke

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 10 2007

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

## CERTIFICATE OF SERVICE

I, ___David Tacke___ , certify that on September 4th, 2007C.E. I,
placed in the outgoing mail receptical at the Federal Prison Camp, in
Sheridan, Oregon, __3__ copies of a NOTICE & CONDITIONAL ACCEPTANCE FOR
VALUE from a Michael-Trent: Barnes, delivered to me and sealed by me
as 3rd party witness of service, it was sent via First Class Postage
Prepaid and consisted of __4__ pages each copy above, plus 1 page instructio
sheet and a return envelope postage prepaid back to Michael-Trent: Barnes.

SENT TO: U.S.D.C. court clerk
         300 Ala Moana Blvd.
         Honolulu, Hawaii, u.S.A.

_____,
David Tacke