

c/o Michael-Trent; Barnes
P.O. Box 6000    #95007-022
Sheridan Prison Camp
Sheridan, Oregon, u.S.A.
[97378]

U.S.D.C.
Office of Clerk C-338
300 Ala Moana Blvd.
Honolulu, Hawaii, u.S.A.
[96850-0338]