TO: Court Clerk
300 Ala Moana Blvd.   C-338
Honolulu, Hawaii, u.S.A.
[96850-0338]

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 28 2007

＿＿ o'clock and ＿＿ min. ＿ M.
SUE BEITIA, CLERK

## NOTICE & PRAECIPE

U.S.D.C. Clerk you are to stamp ALL 3 copies of the Judicial Notice of Fault and opportunity to cure ...., 2 pages each, and ALL 3 copies of the Judicial Notice of Affidavit in support..., 4 pages each, received for case No. Cr 03-00502-SOM, placing 1 copy each in the prepaid envelope and return to sender. Please file the other 2 copies each in the file thus giving Notice to interested parties.

*Michael-Trent: Barnes*,
Michael-Trent: Barnes

## CERTIFICATE OF SERVICE

I, *Thomas D Weathers*, certify that on September 24th, 2007 C.E. I, placed in the outgoing mail receptical at the Federal Prison Camp, in Sheridan, Oregon, u.S.A. 3 copies of a Judicial Notice of Fault and Opportunity to cure and Contest Acceptance, consisting of 2 pages each copy. I, also placed 3 copies of a Judicial Notice of Affidavit in support of Notice of Default and Failure to Contest Acceptance, consisting of 4 pages each copy. I further certify that it was a Michael-Trent: Barnes, who gave me this unsealed package which I inspected, enclosed and sealed and mailed as a 3rd party witness, enclosed was a total of 19 pages the abovementioned plus a copy of this NOTICE & PRAECIPE and CERTIFICATE OF SERVICE, plus a postage prepaid return envelope, back to Michael-Trent: Barnes.

SENT TO:   U.S.D.C.
           Office of Clerk  C-338
           300 Ala Moana Blvd.
           Honolulu, Hawaii, u.S.A.
           [96850-0338]

*Thomas D. Weathers*,
Thomas D. Weathers