```
FROM: Michael-Trent: Barnes, Sui Juris
Secured Party/Creditor & Attorney-In-Fact
for the Ens Legis, RES: MICHAEL TRENT BARNES
Im Care of Non-assumptive, Postal Service
Address: P.O. Box 6000
         Sheridan, Oregon, u.S.A.
         [97378]
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 15 2007
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

United States District Court

for the District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL L. BARNES, in error,<br>MICHAEL TRENT BARNES, in error,<br>Michael-Trent: Barnes, in fact,<br>　　　　Defendant, | Cr. Case No 03-00502-SOM, et al.,<br><br>FOR THE RECORD<br><br>**JUDICIAL NOTICE OF FAULT<br>AND OPPORTUNITY TO CURE<br>AND CONTEST ACCEPTANCE** |

# Notice of Fault and Opportunity to Cure
# and Contest Acceptance

### IN THE MATTER OF: PRIVATE ADMINISTRATIVE REMEDY -

AFFIDAVIT IN SUPPORT OF A VOID JUDGEMENT & TORT CLAIM,
IN RESPECT TO A VOID JUDGEMENT, RE: Cause/Case #03-00502-SOM, et al.,
VIA A WRIT OF HABEAS CORPUS, RE: Civil Cause/Case #CV.'07-1176-CL

BY THESE PRESENTS: **NOTICE is given**, that Respondent and named agents thereof, Alberto R. Gonzales, Susan Oki Mollway, Edward H. Kubo Jr., Mark D. Clarke, Beverly Wee Sameshima, Charlie A. Daniels, and ALL other interested parties have remained silent and failed to Rebutt/refute/dispute the claims made in respect to an AFFIDAVIT IN SUPPORT OF A VOID JUDGEMENT & TORT CLAIM, RE: case/cause # 03-00502-SOM, et al.,

　　　On or about August 8th, 2007 C.E. I, Michael-Trent: Barnes, the Undersigned; hereinafter "Undersigned," caused to be sent to you the above referenced AFFIDAVIT IN SUPPORT OF A VOID JUDGEMENT & TORT CLAIM, in respect to the Void Judgement per Cause/case # 03-00502-SOM, et al., by United States Postal Service/U.S. Post Office, "Certified" Mail - Return Receipt Requested, via Certified Mail No. 7004 1160 0007 1819 23__.
　　　Please be advised that you have failed to perform to the terms and conditions after receiving this presentment/affidavit from the Under- signed on or about August 13th, 2007 C.E. and signed by an agent. (See true, correct, and complete "COPY" of PS Form 3811, Return Receipt/ Green Card, which is attached hereto, and incorporated herein by refer- ence.) You have failed to perform by not providing the necessary and requested "Proof's of Claim" and or rebuttal of AFFIDAVIT IN SUPPORT OF A VOID JUDGEMENT & TORT CLAIM, via a Writ of Habeas corpus, in Civil case No. CV'07-1176-CL.

  You are now at fault and in agreement, stipulating to the terms of the Undersigned's dated presentment/affidavit and all the facts therein contained; and arising in consequence there from, as said facts operate in favor of the Undersigned.

  Per your fault/dishonor, you are herein given a second OPPORTUNITY TO CURE said fault by providing the requested and necessary "Proof's of Claim" (Evidence/Discovery) rebuttal etc., you will have stipulated, agreed and confessed to the various frauds, injuries and that Cause/case No. 03-00502-SOM was VOID ab initio, as supported by the Undersigned's Affidavit of Default.

  You are herein NOTICED, you have the right to cure this fault/dishonor, and perform according to said terms within three (3) working days from receipt of this Notice.

  Should you fail to cure your fault, this Notice and Undersigned's following Affidavit In Support of Notice of Default and Failure to Contest Acceptance will establish the fact in the record of your acceptance, agreement, and general acquiescence to the matter established upon your silence, pursuant to and relative to the Uniform Commercial Code as adopted and codified within the United States/UNITED STATES, State of Hawaii, STATE OF HAWAII, State of Oregon, STATE OF OREGON, etc., and applicable Maxims of Law and Equity, and otherwise.

  Thank you for your prompt attention to this matter
  Sincerely,

      Without Prejudice

/L.S./ *Michael-Trent: Barnes*
  **Mi**chael-Trent: Barnes,

Secured Party Creditor, Bureau of Conveyance Hawaii Filing No.
2004-212509

Jura Majestatis, Jura Regalia, Jura Summi Imperii, Jure Divino Jure Ecclesiae, Jure Gentium, Jure Representationis, Jure Soli
Juris et de Jure, Jes In Re
Attorney-In-Fact, Authorized Representative for:
Debtor: MICHAEL TRENT BARNES___c
Ambassador For The Supreme Heavenly Father YHWH
The Kingdom of YHWH, The Commonwealth of Heaven
The Body and Bride of Christ
In and Through:
International Sovereigns Association