TO: Court Clerk

Please stamp all 3 copies, received place 1 copy back in the prepaid envelope and return mail, file and Notify the other 2 copies.

Thank you