C/O Michael-Trent: Barnes
P.O. Box 6000  #95007-022
Sheridan Prison Camp
Sheridan, Oregon, u.S.A.
[97378]

SALEM OR 973
09 OCT 2007 PM 1 L

U.S.D.C. Court Clerk
300 Ala Moana Blvd., Rm. C-338
Honolulu, Hawaii, u.S.A.
[96850]

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 15 2007
DISTRICT OF HAWAII