December 14, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-03-00502-SOM
**Appeal Number:** 05-10577
**Short Title:** USA v Barnes

### Volumes

| | | | |
|---|---|---|---|
| Clerk's Records in: | 2 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 2 | | |

| Bulky Documents in: | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
|---|---|---|---|---|
| | 1 Other | Expando File Of 3 SEALED Documents | | |
| State Lodged Docs in: | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| | 0 Other | | | |

**Other:**

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 20 2007
DISTRICT OF HAWAII

*[Handwritten: Files in]*

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.