

From: Michael-Trent: Barna
% 6000 N.E. 80th Ave.
Portland Oregon U.S.A.
[97218]

U.S. Court Clerk
300 Ala Moana Blvd.
Honolulu, Hawaii U.S.A.
[96850]

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 29 2008
1:35 pm
DISTRICT OF HAWAII