CERTIFICATE OF SERVICE

I, *Michael-Trent: Barnes*, do hereby certify that I sent to the court clerk located at 300 Ala Moana Blvd. Honolulu, Hawaii 3 copies of a 2 page PETITION FOR ABATEMENT for Judge Susan Oki Mollway RE: case No. 03-00502-SOM et al., On the 27th day of the 2nd month of the year 2008. Praecipe/instructions are to file 2 copies and stamp the other copy received and return in the self addressed envelope provided. Give notice to said Judge of the Petition before her for abatement in the above mentioned case.

*Michael-Trent: Barnes*, Sui Juris
Michael-Trent: Barnes, Secured Party/Creditor

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 29 2008

at 5 o'clock and 20 min. P M.
SUE BEITIA, CLERK

cc: File

COPY