Notice + PRaecipe

Please file and Notify Judge Susan Oki Mollway of this filing. Stamp all 3 copies and return 1 copy in the enclosed Self Address Stamped envelope

Without Prejudice
Michael-Trent: Barnes