C/o Michael Trout ; Barnes
6000 N.E. 80th Ave
Portland Oregon

U.S. Court Clerk
300 Ala Moana Blvd.
Honolulu, Hawaii U.S.A.

