UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 · 0338

CLERK

OFFICIAL BUSINESS

PRESORTED FIRST CLASS U.S. POSTAGE PAID

PRESORTED
FIRST CLASS

02 1M
0004217584
MAILED FROM ZIP CODE 96817
$00.373
MAR 03 2008

CR 03-502

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 17 2008
3:45 p.m.
DISTRICT OF HAWAII

Return to Sender
☒ Not At This Address
☐ Unknown
☐ Not Authorized
☐ Need Correct Name and Reg. No.

Michael-Trent Barnes
95007-022
FCI - Sheridan
P. O. Box 6000
Sheridan, OR 97378

NIXIE         973   DC 1          00   03/11/08
            RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 96850497199        *2799-01827-11-16

Michael-Trent Barnes
95007-022
FCI - Sheridan
P. O. Box 6000
Sheridan, OR 97378

```
MIME-Version:1.0
From:hid_resp@hid.uscourts.gov
To:hawaii_cmecf@hid.uscourts.gov
Bcc:beverly.sameshima@usdoj.gov, USAHI.ECFNarcotics@usdoj.gov, dawn.aihara@usdoj.gov,
joni_gross@hid.uscourts.gov, mollway_orders@hid.uscourts.gov
Message-Id:<447324@hid.uscourts.gov>
Subject:Activity in Case 1:03-cr-00502-SOM USA v. Barnes Link
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.1.2 (12/07)

## Notice of Electronic Filing

The following transaction was entered on 3/3/2008 at 1:56 PM HST and filed on 3/3/2008
**Case Name:**      USA v. Barnes
**Case Number:**    1:03-cr-502
**Filer:**
**Document Number:** 171(No document attached)

**Docket Text:**
**EO : Defendant has filed a "Petition for Abatement" concerning the capitalization of his name. There are no proceedings in this court that require abatement. This court's only actions for a substantial period of time have been to address Defendant's motions, over which this court has no jurisdiction. The "Petition for Abatement" is denied as seeking relief that is of no substance given the absence of actual proceedings over which this court has jurisdiction. re [169] Request (JUDGE SUSAN OKI MOLLWAY)(tbf, )**

**1:03-cr-502-1 Notice has been electronically mailed to:**

Beverly W. Sameshima   beverly.sameshima@usdoj.gov, USAHI.ECFNarcotics@usdoj.gov, dawn.aihara@usdoj.gov

**1:03-cr-502-1 Notice will not be electronically mailed to:**

Michael-Trent Barnes
95007-022
FCI - Sheridan
P. O. Box 6000
Sheridan, OR 97378